**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CRIMINAL ACTION NO. 5:25-CR-00073-GFVT-MAS**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**                    **UNITED STATES' RESPONSE TO MOTION
FOR RELIEF PURSUANT TO 18 U.S.C. § 3553(a)**

**QUINCINO LAMONT WAIDE, JR.**                                             **DEFENDANT**

\*    \*    \*    \*    \*

The § 3553 factors support a top-of-guideline sentence for Quincino Waide, Jr. ("Waide"). Waide's request for relief under § 3553 demonstrates a lack of accountability for wrongdoing, omits key facts relating to the offense of conviction, overstates his role as a contributing member of the workforce, and glosses over his years of gang involvement. [*See* R. 40-1, generally, which fails to mention anything about the October 2024 shooting or Waide's gang membership; R. 40-1 at 259 ("Quincino's decision to enter a plea in this matter rested on one consideration – the sentencing implications should he lose at trial"); 258 (discussion of April 2025 possession); 260-61 ("…as he can return to the workforce, and be a contributing citizen, as opposed to society funding the continued incarceration of an able-bodied individual with a positive work history").

Waide is not the role model that his motion and some of his character letters depict. He is a gang member who has openly expressed his gang affiliation to the world;[1] he has maintained his gang loyalty through incarceration despite personal cost to himself;[2] he celebrated the death of an

---

[1] *See* Stills from Instagram Video, attached hereto as Exhibit 1; Stills from YouTube, attached hereto as Exhibit 8; R. 21 at 93-95 (Robison); Waide Detention Hearing Exhibit GX 4.

[2] *See* Waide Message, attached hereto as Exhibit 3 ("team us forever").

1

innocent;[3] he abused a romantic partner and child;[4] endangered his close friend;[5] endangered the community;[6] obstructed justice;[7] and, despite being able bodied, has been unemployed for much of the last five years.[8]

## FACTS

### A. Waide's Misdemeanor Crime of Domestic Violence

On February 26, 2022, Lexington Police Department ("LPD") responded to a domestic violence call. [R. 21 at 96 (Robison).] The victim, who is the mother of two of Waide's children, told law enforcement that Waide struck her and began to strangle her while she was holding one of their children. [*Id*.] The victim further reported that, before Waide left the scene, he struck her again and pushed her to the ground, again while she was holding the child. [*Id*.] Law enforcement captured photographs of the victim's injuries; the injuries corroborated the victim's account. [*Id*.] Waide was later convicted of fourth degree assault, attempted intimidation of a participant in a legal process, and trafficking in less than eight ounces of marijuana. [*Id.* at 96; Bond Report, p. 4.] In March 2023, Fayette Circuit Court sentenced Waide to twelve months in jail (suspended) and two years of supervised probation. [*Id.*]

---

[3] R. 21 at 90-95 (Robison); Waide Detention Hearing GX 3-4.

[4] R. 21 at 96 (Robison); PSR, paragraph 28.

[5] R. 21 at 87-89 (Robison).

[6] *Id.* at 97-102; Waide Detention Hearing GX 5-7.

[7] *Id.* at 106, 141. *See infra* page 17 (discussing conversations with Taiss Sharp).

[8] *See* Redacted Wage Data, attached hereto as Exhibit 7.

**B. Waide's Gang Affiliation**

The "Hot Boyz" refers to a street gang operating in Lexington, Kentucky. [R. 21 at 82 (Robison).] The Hot Boyz gang consists of at least eight self-identified members,[9] including but not limited to Daquis Sharp ("Sharp"), Jatiece Parks ("Parks"), William Dixon ("Dixon"), Desmond Bellomy ("Bellomy"), Quincino Waide, Jr. ("Waide"), Chance Gist ("Gist"),[10] and DeAngalo Boone ("Boone"). [*Id.*] The Hot Boyz fall under the broader umbrella of West End[11] gangs [*Id.* at 85], and its members have several close West End associates, including Marvelous Davis ("Davis") [*Id.* at 90].  The Hot Boyz have been on law enforcement's radar because of their involvement in shootings, homicides, robberies, and narcotics trafficking. [*Id.* at 85.] The Hot Boyz are rivals to East End gangs, such as "EBK" and "530," having particular hostility towards the Sleet family—a family with *some* members who are associated with Lexington's East End. [*Id.* at 85-86.]

Although the violence between these two groups extends back several years, there are key events that led to the escalation of violence between these two groups, including the December 2020 murder of Sharp's brother, Ja'Quis Ray or "Pooda," and the May 2022 murder of Sharp's father, Eric Boone. [*Id.* at 85-86.] The cycle of retaliatory violence between the two groups

---

[9] SA Robison inadvertently failed to mention Zalan Dulin as one of the eight self-identified members of the Hot Boyz.

[10] Chance Gist is now deceased, another victim of suspected East/West gang violence.

[11] The East End commonly refers to the East End of downtown Lexington to include Race, Ohio, Chestnut, Martin Luther King and surrounding streets. The West End commonly refers to the Georgetown Street corridor beginning at the intersection of Newtown Pike and Georgetown Street and including all of the area South of Georgetown Road to New Circle Road.

Many of the Hot Boyz' members grew up in the East End of Lexington but began associating with West End gang members in the late 2010s.

The Hot Boyz are also rivals to some Northside groups, but that rivalry has not resulted in the same level of violence as the Hot Boyz' rivalry with East End groups.

includes many other homicides and shootings that were not enumerated in the detention hearing.[12] However, SA Robison noted that the Hot Boyz are the primary suspects in the August 2023 murder of Malik Sleet. [*Id.* at 86.] Malik Sleet's brother, Jayden Sleet, was also murdered on October 24, 2024.[13]

According to Pooda's obituary, Waide was Pooda's childhood best friend. [*Id.* at 87; Waide Detention Hearing GX 2.] Since Pooda's death, Quincino Waide has posed with other Hot Boyz displaying hand signs to disrespect rival gangs. [R. 21 at 87 (Robison); Waide Detention Hearing GX 1.] In one such picture, Waide posed in a picture with other Hot Boyz members wherein Waide mimed firing a gun and the other members displayed hand signs. [R. 21 at 84-85 (Robison); Waide Detention Hearing GX 2.] That picture is captioned "[i]t's only 8 of us [b]ut we get shit done like it's 30 of us[,] 4 [spade emoji]." [R. 21 at 84-85 (Robison); Waide Detention Hearing GX 2.] The spade refers to a deceased Hot Boyz member (Pooda). [R. 21 at 84-85.]

In addition to Waide affiliating himself with the Hot Boyz through hand signs, evidence suggests that he celebrated the murder of Malik Sleet, both publicly and privately. [*Id.* at 90-93.] In one chat thread, Davis sent Waide a captioned picture of Malik Sleet that had been posted by the deceased's friend. [*Id.* at 90-93.] Waide eventually responded that the poster was "mad he got all em dead niggas." [Waide Detention Hearing GX 3 at 2.] Waide also participated in a music video called "Hats," which is slang for bodies or murders, in which the Hot Boyz bragged about

---

[12] For example, between October 19, 2024, and December 1, 2024, there were at least four homicides in Lexington with suspected East/West gang motivations: Dion Higgins, Jayden Sleet, Chance Gist, and Quaynell King. Other murders with suspected gang motivations (relevant to the groups discussed here) include but are not limited to Akeem Lyvers, Mykel Waite, Kenneth Bottoms, Dominico Cloyd, Herbie Booker, Mar'Quevion Leach, Jayontai McCann, William Edwards, Brandon Walker, and Marquis Tompkins, Jr.

[13] Micah Carter has been accused of the murder of Jayden Sleet. *See e.g.,* Lexington Police Department, Homicide Investigations, https://www.lexingtonky.gov/government/departments-programs/public-safety/police/bureau-investigation/homicide-investigations (last accessed July 11, 2025). Carter is affiliated with the West End.

murders and displayed firearms. [R. 21 at 93-95 (Robison).] The lyrics of the song include "I have bodies like trophies" and "you can dig your brother up." [*Id.* at 94.] Malik Sleet, who had been murdered just months before the video, was the brother of the Hot Boyz' rivals, and SA Robison believes the latter lyric was a reference to Malik Sleet. [*Id.* at 94.] Law enforcement identified Waide in the video through his tattoos. [*Id.* at 95; Waide Detention Hearing GX 4.]

Waide also appeared in a YouTube video published by another West End gang member in August 2024, in which Waide again flashed gang signs. [*See* Stills from YouTube, attached hereto as Exhibit 8.]

In March 2020, Zion Clark was murdered and Waide was shot. Waide was the believed target.[14] [R. 21 at 87-88.] When a witness rendered aid to Waide, he told the witness that he knew who committed the shooting and that he would get them back. [*Id.* at 88.] When law enforcement interviewed him, Waide refused to identify the shooters. [*Id.* at 89.] Clark's murder remains unsolved.[15]

Two days after Jayden Sleet's murder, on October 26, 2024, a silver Lexus ("Lexus") approached a Chevrolet Cruze ("Cruze")—with one third-party vehicle between the Lexus and the Cruze—at the intersection of Old Todd's Road and Palumbo Drive. [*Id.* at 97, 99.] The occupants of the Lexus exited the vehicle and began firing on the Cruze. [*Id.* at 97.] Another driver's dash camera captured the shooting. [*Id.*; Waide Detention Hearing GX 5] The Cruze left the area at a high rate of speed, and the Lexus pursued it. [R. 21 at 97-98 (Robison).] The occupants of the

---

[14] Since the detention hearing, a witness told law enforcement that Clark was not gang affiliated. The witness believes Clark was only shot because of his proximity to Waide on the day of the shooting. Lexington Police Department detectives confirmed that their records do not contain any information suggesting that Clark was a gang member.

[15] *See e.g.,* Lexington Police Department, Homicide Investigations, https://www.lexingtonky.gov/government/departments-programs/public-safety/police/bureau-investigation/homicide-investigations (last accessed July 11, 2025).

Lexus continued to fire on the Cruze, and the occupant of the Cruze returned fire. [*Id.* at 98, 100, 101.] This exchange of gunfire occurred in residential neighborhoods. [*Id.* at 101; Waide Detention Hearing GX 6; GX 7.] Gunfire eventually disabled the Cruze. [R. 21 at 98, 101-02 (Robison).] A witness saw a single Black male matching Waide's description exit the vehicle. [*Id.* at 98, 102, 127.] Law enforcement later found paperwork inside the vehicle indicating that Markisha Raglin, Waide's aunt, owned the vehicle. [*Id.* at 102.] Waide has operated at least two other vehicles that were also registered in Raglin's name, including the vehicle parked outside of his apartment in April 2025. [*Id.* at 102.] The vehicle also contained paperwork with Waide's name on it. [*Id.* at 102.] Other witnesses reported the shooting to law enforcement.[16] [*Id.* at 97.] This incident is hereafter referred to as "the October 2024 shooting."

A palm print on the Lexus belonged to an individual whose sons who are involved in EBK and other East End gangs. [*Id.* at 103.] Law enforcement collected shell casings from the intersection of Old Todd's Road and Palumbo Drive, Patchen Drive, and from inside the Cruze. [*Id.* at 103.] The presence of shell casings in the Cruze indicates that the gun was fired from inside the vehicle. [*Id.* at 131.]

### C. Waide's April 2025 Possession of a Firearm and Ammunition

In April 2025, LPD sought to execute a warrant for Waide's phone based on his suspected involvement in the October 2024 shooting and Lewis's homicide. [*Id.* at 104.] Because surveillance indicated that Waide lived with his girlfriend in Richmond, LPD enlisted the assistance of Richmond Police Department ("RPD"). [*Id.* at 104; 139.]

On April 24, 2025, as law enforcement performed surveillance on Waide's residence, they saw Waide exit his residence to walk his dog. [*Id.* at 104.] RPD officers exited their vehicle,

---

[16] Neither Waide nor his aunt reported the incident to law enforcement.

identified themselves, and called to Waide, prompting Waide to flee inside his residence. [*Id.* at 105.] When Waide fled, he reached for his waistband and appeared to be holding something heavy as he ran, consistent with someone carrying a firearm. [*Id.*] Law enforcement then surrounded the residence and attempted to call Waide out of the residence. [*Id.*] Waide ultimately barricaded himself in the residence for approximately twenty-five minutes. [*Id.*] He and his girlfriend, Sierra Lang ("Lang"), eventually exited the residence. [*Id.*] When Lang exited the residence, she told law enforcement that she had a firearm inside the residence and that she hid it for the safety of the children. [*Id.* at 105; 135.] Lang did not attempt to claim ownership of the ammunition. [*Id.* at 109.]

RPD then obtained and executed a search warrant on the residence. [*Id.* at 106.] In the residence, law enforcement located a firearm in the floor vent of one of the children's bedrooms, ammunition, three empty Glock boxes (one with a scratched out serial number), and Waide's cell phone. [*Id.* at 106; 108.] Waide's phone had been wiped or factory reset, likely in the 25 minutes that he had barricaded himself in the apartment. [*Id.* at 106; 141; Waide Detention Hearing GX 8.]

Following the seizure of the firearm, law enforcement test fired the firearm and entered the shell casing data into the National Integrated Ballistic Information Network ("NIBIN").[17] [R. 21 at 127(Robison).] NIBIN indicated that the shell casings from the weapon seized in April 2025 matched the shell casings found inside the Cruze in October 2024. [*Id.* at 109, 127-28.]

---

[17] NIBIN is a ballistic imaging technology system utilized by both local law enforcement and the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). Law enforcement utilizes NIBIN to generate information regarding potential ballistic matches for collected spent shell casings.

Trace on the weapon shows that Lang purchased the weapon on August 11, 2021, one day after Waide's birthday.[18] [*Id.* at 109; R. 1, p. 5.] The firearm was not manufactured in the Commonwealth of Kentucky.[19] [R. 21 at 138 (Robison).]

When Waide was arrested on the Complaint in this case, Waide asked about the nature of the charges. [*Id.* at 110.] When SA Robison explained that the charge was firearm-related, Waide said that he was not on probation and that he could have a gun.[20] [*Id.*] SA Robison then mentioned the October 2024 shooting and Waide said "stupid." [*Id.*] He did not deny that he was involved in the shooting. [*Id.*]

**D.  The Lewis Homicide**[21]

Following an investigation by DEA, the United States brought charges against Rollie Lamar ("Lamar") and Lewis for drug trafficking. [*Id.* at 111.] Lewis served as a courier for Lamar in the drug trafficking conspiracy. [*Id.*] At the time of his arrest, Lamar erroneously assumed that Lewis's cooperation caused his arrest. [*Id.*] Although Lewis had not cooperated at that point, he later pleaded guilty and agreed to testify against Lamar. [*Id.* at 112.] Lamar became aware of Lewis's cooperation through discovery materials. [*Id.*]

---

[18] Either SA Robison misspoke or the transcript misstated the purchase date. The transcript stated October 11, 2021. The purchase date was actually August 11, 2021. [R. 1, p. 5.]

[19] Since the time of the detention hearing, ATF completed reports confirming that the firearm and most of the ammunition was manufactured outside of the Commonwealth of Kentucky.

[20] Raglin made similar statements to law enforcement on April 24, 2025. For example, when Lang told Raglin that Waide was being charged with fleeing, Raglin said: "That's what the man said, but I told him that he's not a felon." At that point, law enforcement had not mentioned anything about a firearm to Raglin. *See* Lang Interview, USA-80 at 12:56:50 – 12:57:12. Raglin admitted that Waide called her after he went inside the house. *See* Raglin Interview, USA-79 at appx. 00:35.

[21] For the sake of time, SA Robison provided an *overview* of the evidence for Lewis's murder in Waide's detention hearing. Neither the detention hearing nor this brief contains every piece of evidence known to the government about the murder. When the murder case is charged, the United States anticipates that its case-in-chief could last weeks.

On September 29, 2023, at approximately 8:15 AM, Lewis drove to his employment at Koch Air on Trade Street in Lexington. [*Id*.] When Lewis parked and exited his vehicle, three masked individuals exited a dark colored sedan and shot Lewis, killing him. [*Id*.] The dark-colored sedan (or "subject vehicle") then fled the scene. [*Id*.]

According to witnesses, the subject vehicle had been sitting in the parking lot for a significant period of time before Lewis's arrival. [*Id*.] The witnesses initially assumed the vehicle was unoccupied but realized otherwise when the vehicle turned on—just a short time before Lewis's arrival. [*Id.* at 112-13.]

A commercial truck that was sitting in the parking lot captured some of the incident on its in-cab camera.[22] [*Id.* at 114; Waide Detention Hearing GX 9.] The in-cab camera showed Lewis's vehicle enter the parking lot and showed the subject vehicle leaving the parking lot shortly thereafter. [*Id.*] The murder itself was not captured on video, but the camera captured the sound of the gunfire. [*Id.*] The subject vehicle left the scene immediately after the gunfire. [*Id.*]

After law enforcement responded, LPD collected multiple shell casings from the scene. Law enforcement later queried Flock camera[23] data, locating a black Acura that Daquis Sharp was known to operate (hereafter, "Acura"). [R. 21 at 113-14 (Robison).] The Acura was the only vehicle matching the description of the subject vehicle that was active and captured by Flock on the morning of the shooting. [*Id.* at 113.] The identification of Sharp's Acura initially led law enforcement to suspect the Hot Boyz' involvement. [*Id*.]

---

[22] The commercial truck's dash camera also clearly captured the suspect vehicle parked in the parking lot before the murder.

[23] Flock cameras exist throughout Lexington, capturing photographs of vehicles and reading license plates. [113.] Law enforcement can query the Flock database for vehicle and license plate information for a certain period of time after the data is captured.

NIBIN testing on the shell casings further corroborated the Hot Boyz' involvement with .9mm and .40 caliber shell casings from the homicide scene matching to two other shootings in which Sharp's black Acura was captured on video. [*Id.* at 115.]

Law enforcement confirmed that Sharp was still using the Acura in the days leading up to the homicide by comparing his cell-site location data with Flock data. [*Id.* at 116.] However, after the homicide, the Acura was found abandoned at 1101 Centre Parkway in Lexingon. Inside the abandoned vehicle, law enforcement located a hat known to be worn by Sharp, embroidered with "Big Pooda." [*Id.* at 116-17.] Law enforcement also found another shell casing that matched one of the previous shootings in which the Acura was captured on video. [*Id.* at 117.]

After the homicide, Sharp began driving a Dodge Durango. [*Id.* at 122.] At some point before Sharp's use of the vehicle, "Mr. Doss" used the Durango. [*Id.* at 122-23.] When Sharp stopped using the Durango several weeks after the homicide, Tarrone Moss ("Moss") was seen driving it. [*Id.*]

Further investigation indicated that Sharp, Dixon, Bellomy, and Parks were Lewis's executioners. [*Id.* at 113.] Dixon's cell-site location data placed him in the same area of Louisville as Lamar three days before the homicide. [*Id.* at 117.] After that apparent meeting, Dixon and the other Hot Boyz began surveilling Lewis. [*Id.*] Dixon's cell-site location data, which contained more detailed location information than many records available to law enforcement, placed him in the precise area of Lewis's home and work on September 27-28, 2023. [*Id.*] When law enforcement searched Dixon's cell phone, they located a text from Dixon to several other Hot Boyz on September 28, 2023, that included Lewis's license plate number. [*Id.*] Dixon's cell-site location data shows him in the area of Lewis's workplace when the message was sent. [*Id.* at 117-18.] Lewis's timecard shows that he was at work when Dixon sent the message. [*Id.* at 118.]

Bellomy's cell-site location data also places him in the area of Lewis's home and work on September 27-28, 2023. [*Id.*] In addition to the cell-site location data, Bellomy's ex-girlfriend had been tracking his location using the "find my device" feature on a burner phone and, on September 28, 2023, took a screenshot of Bellomy's location directly in front of Lewis's home. [*Id.* at 119.]

On the morning of the homicide, in the early morning hours, Bellomy and Dixon texted one another to coordinate picking each other up and discussing the location of gloves. [*Id.*]

Waide's cell-site location data indicated that, like the other Hot Boyz, he was very active in the early morning hours of September 29, 2023. [*Id.* at 123.] Waide started near the home of Tarrone Moss (the individual who later possessed the Durango). [*Id.*] Moss's ankle monitor data confirms that he was home during the time that Waide was in the area. [*Id.*] According to cell records, Waide left the area of Moss's home and went to the area of Centre Parkway (the location where the Acura was later dumped). [*Id.* at 123-24.] He then proceeded to the area of Dixon's residence on Warwick Drive.[24] [*Id.*]

After the homicide, in the late afternoon/early evening, Dixon and Lamar's cell-site location data shows them in the same area of Lexington. [*Id.* at 118.] Shortly thereafter, Dixon began posing with thousands of dollars in cash on social media.[25] [*Id.*]

Also, on the evening of the homicide, Dixon and Sharp texted each other the following:

➢ Sharp (7:25:15 PM): We gonna give Fred [Waide] prob 100 each
➢ Dixon (7:25:50 PM): Yup an Doja [Boone] said give him 5
➢ Sharp (7:28:23 PM): Bet cause he was talkin bout a band but either way it was 250 each from the 4 of us

---

[24] Although the other Hot Boyz planned their roles in Lewis's murder for, at least the two to three days before the murder, law enforcement believes that Waide was a last-minute addition necessitated by Casey Morris's refusal to allow the Hot Boyz to use her vehicle, as planned, on the morning of September 29, 2023. Law enforcement now knows that, while the Acura was dumped just after the murder, Sharp did not acquire the Durango until later.

[25] Parks and Bellomy also posed with large stacks of money on social media.

➤ Dixon (7:29:28 PM):  Yeah it don't matter to me, he just got in the car an said y'all just give me 5 but Watchu wanna give him $1000
➤ Dixon (7:29:32 PM):  ?
➤ Sharp (7:30:07 PM):  It dnt matter bru it's just 250 each but its yo call on this one
➤ Dixon (7:31:05 PM): We can give em the band since ETs wat we said in da first place gang
➤ Sharp (7:31:18 PM): Bet

[Waide Detention Hearing GX 10.] Here, Dixon and Sharp discuss payment to Boone and Waide. [R. 21 at 120-21 (Robison); Waide Detention Hearing GX 10.] Not only did this conversation about payment occur on the night of the homicide, after the apparent meeting with Lamar, Sharp references "250 each from the 4 of us." [*Id.*] Again, law enforcement believes that four Hot Boyz were present on Trade Street to murder Lewis—Sharp, Dixon, Bellomy, and Parks. [*Id.*]

When Dixon said, "he just got in the car," cell records indicate that Dixon and Waide were in the same area at the time of that message. [R. 21 at 120 (Robison).]

In the weeks after the murder, Dixon and Boone communicated with each other and Rollie Lamar about additional installment payments.

## **ARGUMENT**

Waide's requested relief should be denied. Waide's motion demonstrates a lack of accountability and misstates or omits facts relevant to both his history and the offense of conviction.

Waide is a years' long loyalist to the Hot Boyz, an organized crime group that has destabilized the community through various violent crimes.[26] Far from distancing himself from the Hot Boyz, Waide continues to express that loyalty, demonstrating a lack of rehabilitative potential and a likelihood of reoffending.

---

[26] This gang's members are, among other things, suspected in shootings on March 4, 2023, and April 4, 2023 [*Id.* at 115 (Robison)]; suspected in a shooting that occurred on July 4, 2023;[26] suspected in the murder of Malik Sleet [*Id.* at 86]; accused of shooting at an LPD officer over 40 times;[26] and suspected in the murder of Kristopher Lewis [*Id.* at 113-124].

12

**A. Waide's Motion Disclaims Responsibility and Omits the October 2024 Shooting**

Waide starts his argument for § 3553 relief by seemingly disclaiming responsibility for the offense of conviction, stating that he had a defensible case and that his decision to plead guilty rested on "one consideration – the sentencing implications should he lose at trial." While describing the defensible nature of the offense, Waide omitted any reference to the October 2024 shooting, which involved a vehicle belonging to Waide's aunt, paperwork with Waide's name left at the scene, and witness reports of a black male that matched Waide's description. The shell casings from the October 2024 shooting ballistically matched the shell casings fired from the weapon seized from Waide's residence on April 24, 2025, indicating that Waide possessed the firearm in October 2024 *in addition to* April 2025. Despite pleading guilty—admitting the factual basis for the offense in both the plea agreement and open court—Waide now appears to disclaim responsibility for either incident.

**B. Waide's Offense of Conviction is not as Defensible as Claimed.**

The indictment alleges that Waide, as an individual with a misdemeanor crime of domestic violence, possessed the subject firearm as well as certain ammunition during a date range beginning in October 2024 and ending in April 2025.

In October 2024, Waide used (and possessed) the subject firearm in a shooting. The shooting appeared to be targeted at Waide, who continued to be known as a West End gang member, in response to the murder of Jayden Sleet that occurred two days prior.[27] A witness saw a single person matching Waide's description abandon the Cruze; the Cruze was registered to

---

[27] Micah Carter has been accused of the murder of Jayden Sleet. *See e.g.,* Lexington Police Department, Homicide Investigations, https://www.lexingtonky.gov/government/departments-programs/public-safety/police/bureau-investigation/homicide-investigations (last accessed July 11, 2025). Carter is affiliated with the West End.

Waide's aunt, who has registered multiple vehicles for him; the interior of the Cruze contained paperwork with Waide's name on it; and the firearm was purchased by Waide's girlfriend.

In April 2025, while attempting to serve a cell phone warrant, law enforcement called out to Waide, prompting him to flee inside of his apartment. While fleeing, Waide appeared to be holding something heavy in his waistband, consistent with a firearm. Waide barricaded himself inside the apartment and then apparently wiped his phone. When law enforcement did a search warrant of the residence, they located a firearm and ammunition. Law enforcement determined that this was the same firearm used in the October 2024 shooting. In other words, the firearm that was already strongly associated with Waide in October 2024—associated by virtue of the weapon being shot from a vehicle registered to Waide's aunt, someone matching Waide's physical description leaving the vehicle, Waide's paperwork being in the vehicle, etc.—was found in Waide's residence in April 2025, *after* Waide fled into that residence with an apparent firearm in his waistband.

Though Lang attempted to claim ownership of the firearm, the firearm had been used by Waide, not Lang,[28] in October 2024.

Likewise, while Lang claimed she hid the gun for the safety of her children, law enforcement found the firearm in a floor-level HVAC vent in one of the children's bedrooms (even though the apartment contained closet and laundry room shelving that would have actually been inaccessible to the children).

Lang did not attempt to claim ownership of, and neither Lang nor Waide attempted to hide the ammunition found throughout the residence. The ammunition failing to match the firearm found in the home is not a good fact for Waide. The ammunition, along with the empty Glock

---

[28] Lang is not a target of gang retaliation, and no one saw a female leaving the Cruze in October 2024.

boxes, indicate that Lang and/or Waide possessed other firearms in that apartment at some point in time.

At the preliminary/detention hearing, the defense claimed that the apartment was *Lang's* apartment. However, law enforcement observed through surveillance that Waide lived with Lang [R. 21 at 104; 139 (Robison)]; Waide's possessions, including men's shoes and clothing, were in the apartment [*Id.* at 142]; his work badge was in the apartment [*Id.*]; he works in Richmond, not Lexington [*Id.* at p. 147 (Haddix)]; and Waide's mother agreed that he lives at the apartment in Richmond at least half of the time (*Id.*). Moreover, on the day of the search warrant, both Raglin and Lang voluntarily spoke to law enforcement and neither claimed that he did not live there. [*Id.* at 142 (Robison).][29]

Meanwhile, at the time of his arrest, Waide did not deny the subject firearm being in his residence in April 2025 but claimed that he was not prohibited.

### C. Waide Cannot Abide Conditions of Probation

Waide also claims that he has "shown his ability to comply with probationary terms, as he did so on the underlying conviction to the immediate matter."

Waide was on probation from March 2023 through March 2025. His claim that he can comply with terms of probation most notably ignores that Waide was on probation at the time of the October 2024 shooting.

During his probation, Waide also maintained his gang contacts, appearing in a music video depicting firearms and bragging about violence. [R. 21 at 93-95 (Robison); *see also* footnote 6 above.] Waide went shooting with these same gang members on October 7, 2023, based on pictures

---

[29] The United States believes the question in the transcript was misstated (likely because the undersigned was not speaking clearly). At the time of the search warrant, neither Lang nor Raglin attempted to claim that Waide did not live at the apartment.

found on William Dixon's Instagram and messages on the now-deceased Gist's cellphone. The video posted to Dixon's Instagram, captioned "stay ready on mama" (another allusion to violence), depicts Dixon, Parks, Dulin, Gist, and Waide in a vehicle and throwing up gang hand signs. [*See* Stills from Instagram Video, attached hereto as Exhibit 1.] On the same afternoon, Gist texted his girlfriend: "[j]ust got back from the country[;] we was at money [Dixon] grandaddy crib shooting the guns." [*See* Messages with Gist and Girlfriend, attached hereto as Exhibit 2.]

Waide is also alleged to have aided the Hot Boyz following Lewis's September 2023 murder, mere months into Waide's probation, an allegation corroborated by electronic evidence and historical cell site information.

### D. A Below-Guideline Sentence Will Not Serve Community Safety

Waide claims that his release will benefit "[b]oth Mr. Waide and the Community." However, Waide's conduct historically has endangered the community, and he appears to have learned little from the ordeal.

Prior to his arrest, Waide maintained a years' long affiliation with gangs that, at minimum, resulted in the death of Zion Clark and a shootout in a busy intersection and residential neighborhood.

After being detained pretrial based, in part, on his gang involvement, and after hearing firsthand the evidence of the Hot Boyz' involvement in the murder of Lewis, Waide told Daquis Sharp's mother, Taiss Sharp ("Taiss"), that "I have been team us forever." [*See* Waide Message, attached hereto as Exhibit 3.] The following day, Sharp's mother said that Sharp did not have to worry about Waide, but "the boys are still babies though." [*See* Waide and Taiss Sharp Messages, attached hereto as Exhibit 4.]

16

On August 28, 2023, Sharp's mother messaged Waide, saying "[t]ell Ba [Jatiece Parks] call home now. Quis wants him on the phone." [*See* Taiss Messages, attached hereto as Exhibit 5.] According to Woodford County Detention Center ("WCDC") call records, Parks called Taiss fifty-two seconds later using another inmate's account, indicating that Waide delivered the message. Taiss facilitated a three-way call between Sharp and Parks, during which Sharp told Parks to keep his mouth shut, because people in the jail were "working." Sharp said the message also needed to be delivered to Dulin, Dixon, Bellomy, and Waide.

On the same day, Sharp's mother also said "[c]all me Freddy…" According to WCDC call records, Waide called ten seconds later. Taiss told Waide to stay on Dulin and Parks' ass and remind them that they do not have any friends, again noting Sharp's belief that people in the jail were allegedly "working." After receiving this indirect message from Sharp, Waide agreed to a three-way call with Sharp at 3PM. Waide called as requested, but Sharp failed to answer. It therefore appears that Waide, who called Taiss seconds after her request and dutifully appeared for a three-way call with Sharp at 3PM, still follows Sharp's lead.

In short, Waide has maintained his gang involvement rather than distancing himself from it, so his release will, if anything, make the community less safe.

**E. Waide's Work-based Contribution to the Community has been Nominal**

Waide also claims that the community will benefit from his return to the workforce. However, according to both the bond report and PSR, Waide has limited employment history and appears to have overstated his recent employment history.

Waide told USPO that he started at Hitachi in June 2024. However, the paperwork left in his aunt's vehicle after the October 2024 shooting stated that Waide was scheduled to start at Hitachi on November 4, 2024. [*See* Hitachi Paperwork, attached hereto as Exhibit 6.] This

17

discrepancy prompted the United States to request Waide's wage data from the Commonwealth of Kentucky. [*See* Redacted Wage Data, attached hereto as Exhibit 7.] Waide earned $556 from a staffing agency in quarter two of 2024, which is maybe a week's worth of work. He then earned no wages in quarter 3 of 2024. Comparing his earnings at Hitachi from quarter four of 2024 and quarter one of 2025, Waide earned about half the amount in quarter four of 2024 than he did in quarter one of 2025, consistent with him starting work about midway through the quarter four, in November 2024.

Prior to that, Waide had no reported wage data from quarter three of 2021 through quarter 1 of 2024. [*See Id.*]

**F. The Guidelines Fail to Capture Waide's Dangerousness**

Waide's danger to society is not adequately captured by his criminal history or offense level, suggesting that, if anything, an upward variance is warranted.

In March 2020, someone shot at Waide, resulting in injuries to Waide and the death of his friend, Zion Clark. Waide told a witness that he knew the identity of the assailants and that he would get them back. However, Waide refused to provide a statement to law enforcement. This incident demonstrates Waide's commitment to street justice (i.e., retaliatory violence). Clark's murder remains unsolved.

In 2022, Waide assaulted his girlfriend while she was holding their child, again demonstrating Waide's propensity to use violence as a means of solving disputes. That incident involved repeated applications of force, including pushing, striking, and strangulation.

In September 2023, only a few months into his probation, Waide aided Sharp, Dixon, Bellomy, and Parks in their efforts to kill Kristopher Lewis. The Hot Boyz' involvement is not a crackpot law enforcement theory: among other things, video captured Sharp's vehicle leaving the

18

scene; shell casings from the scene linked to other shootings in which Sharp's vehicle was also captured on video; Dixon's cell site records show him surveilling Lewis's home and work for two days before the murder; Dixon sent the victim's license plate number in a group message the day before the murder; a screenshot of Bellomy's location showed him directly outside of the victim's home the day before the murder, etc. On the morning of the homicide, Waide's cell phone was in the area of Tarrone Moss's residence (a person associated with the vehicle that Sharp swapped into after the murder); Centre Parkway (the area where the Acura was dumped following the murder); and Warwick Drive (William Dixon's residence). On the evening of the murder, Dixon and Sharp discussed payment from "the 4 of us" to Waide.

Days later, on October 7, 2023, Waide (who was on probation) went shooting with several other Hot Boyz members, including Dixon. Dixon posted a video of him, Waide, and others in a vehicle, stating "stay ready on mama." Waide and the other Hot Boyz threw up gang hand signs in the video.

In August 2024, Waide appeared in a YouTube video published by a fellow West End gang member, Nasir Lyons, and again displayed gang hand signs. [*See* Stills from YouTube, attached hereto as Exhibit 8.]

While Waide was on probation for his domestic violence offense, Waide continued to glamorize gang violence—not only openly displaying hand signs in support of a violent street gang but also appearing in at least one music video that bragged about murders. After losing his childhood best friend to gang violence and himself being shot in March 2020, Waide must have understood that hand signs and music videos with brags about murder were not harmless expression. He must have known that antagonizing his rivals would invite violence,[30] but he

---

[30] The United States is not suggesting that Waide and the Hot Boyz' disses justify retaliatory acts by East End gang members. However, bragging about the murder of one's family members—particularly a family member like Malik

nevertheless chose to engage in that conduct—endangering not just himself but everyone around him.

After participating in displays to antagonize his rivals, and two days after the murder of Jayden Sleet, Waide possessed a firearm, using it in a shootout in both a busy intersection and a residential neighborhood. The date range in the Indictment includes this incident, and Waide was on probation at the time. Although it is true that Waide was fired upon first, he is not in the same position as, say, the innocent bystanders that were stuck between his vehicle and the Lexus. The bystanders had not openly antagonized violent gang members.

Despite the threat to his life and the significant property damage sustained to his aunt's vehicle, Waide did not report the incident to law enforcement, again suggesting his preference for street justice.

In April 2025, after law enforcement called out to Waide, he fled. Although law enforcement had not told him why they were there, Waide reset his phone (i.e., engaged in obstructive conduct) while barricaded inside of his apartment.

Since being in jail, he has continued to express his loyalty to the gang and has facilitated the delivery of "shut up" messages from the Hot Boyz' leader, Daquis Sharp ("Sharp").

## CONCLUSION

Waide is a person with a history of physical violence who has dangerous friends (the Hot Boyz) and dangerous values (e.g., his commitment street justice); has encouraged an escalation of gang violence without any regard for the danger to third parties; has provided assistance to his

---

Sleet, who was not personally involved in gang hostilities—is incredibly inflammatory. Waide and the Hot Boyz know they are not inflaming the anger of average citizens; rather, they are trolling gang members with a known history of violence.

dangerous friends; has possessed a firearm in violation of federal law; and has obstructed justice.

Waide has therefore earned a top-of-guideline sentence, not the reward of a downward variance.

Respectfully submitted,

PAUL C. McCAFFREY
FIRST ASSISTANT
UNITED STATES ATTORNEY


By:    /s/ Mary L. Melton
Mary Lauren Melton
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4802
Mary.Melton@usdoj.gov
*Counsel for United States*


## CERTIFICATE OF SERVICE

On January 12, 2026, I electronically filed this response through the ECF system, which will send notice of docket activity to counsel of record.


s/ Mary Lauren Melton
Assistant United States Attorney