





Source: William Dixon's Instagram Account
Story Id: 1800300411791962
Timestamp: 2023-10-07 18:00:39 UTC (1400 Eastern)