| 2025-06-14 11:56:23 | 18593760764 | 1225089 | Outbound | Normal | Sent | how u doin u straight |
| 2025-06-14 12:04:21 | 18593760764 | 1225089 | Inbound | Normal | Sent | Yea I'm straight yall know I can handle myself and I have been team us forever |