| | | | | | | |
|---|---|---|---|---|---|---|
| 2025-06-15 19:34:19 | 18593760764 | 1225089 | Inbound | Normal | Sent | Quis says he loves you stay strong he said although he feels like he doesn't have to worry about you the boys are still babies though |
| 2025-06-15 20:03:28 | 18593760764 | 1225089 | Outbound | Normal | Sent | tell em i love em too im all the way straight im kickin bac ima hold it down tell him keep his head on ik he got it but ik how they be tryn play it |